| | |
|---|---|
| KING & SPALDING LLP | KENNEDY, JENNIK & MURRAY PC |
| 1185 Avenue of the Americas | 113 University Place |
| New York, New York 10036 | New York, New York 10003 |
| Telephone: (212) 556-2100 | Telephone: (212) 359-1500 |
| Arthur Steinberg, Esq. | Thomas M. Kennedy, Esq. |
| Scott Davidson, Esq. | |
| *Attorneys for Defendant, General Motors LLC (f/k/a General Motors Co.)* | *Attorneys for Plaintiffs* |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                          :     Chapter 11
                                                :
MOTORS LIQUIDATION COMPANY, *et al.*,           :     Case No.: 09-50026 (MG)
    f/k/a General Motors Corp., *et al.*          :
                                                :     (Jointly Administered)
       Debtors.                        :
---------------------------------------------------------------x
IUE-CWA, INDUSTRIAL DIVISION OF THE             :
COMMUNICATION WORKERS OF AMERICA,               :
AFL-CIO and LARRY E. SHORT, LESLIE CASH,        :
and GARY ROBINSON on behalf of themselves,      :
and all others similarly situated,              :     Adv. Proc. No.: 15-01389 (MG)
                                                :
       Plaintiffs,                     :
                                                :
    -v-                                     :
                                                :
GENERAL MOTORS CO.,                             :
                                                :
       Defendant.                      :
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that on *December 22, 2016*, I caused to be served a true and correct copy of General Motors LLC's *Notice of Presentment of Order Approving a Settlement Among General Motors Co., The Plaintiffs, and Other Splinter Unions, Joint Motion for an Order Approving a Settlement Among General Motors Co., The Plaintiffs, and Other Splinter Unions*

-12/23/16

1

with *Exhibits A* and *B* annexed [Dkt. 53], by electronic mail on all parties receiving notice *via* the Court's ECF System.

In addition, copies of the document listed in the annexed service list were served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* first class mail.

Dated: New York, New York
December 23, 2016

                KING & SPALDING LLP

                By: /s/ Scott I. Davidson
                Arthur Steinberg
                Scott Davidson
                KING & SPALDING LLP
                1185 Avenue of the Americas
                New York, New York  10036
                Telephone:  (212) 556-2100
                Facsimile:  (212) 556-2222

                *Attorneys for Defendant, General Motors LLC*
                *(f/k/a General Motors Co.)*

**Served *via* First Class Mail on December 22, 2016**

| | |
|---|---|
| Thomas M. Kennedy, Esq.<br>On Behalf of the IUE<br>Kennedy, Jennik & Murray, P.C.<br>113 University Place, 7th Floor<br>New York, NY 10003 | David R. Jury<br>Associate General Counsel<br>United Steelworkers<br>60 Boulevard of the Allies, Room 807<br>Pittsburgh, PA 15222 |
| David L. Neigus<br>Associate General Counsel, IAM<br>9000 Machinists Place<br>Upper Marlboro, MD 20772 | Charles L. Berger<br>On behalf of IBEW<br>Berger & Berger<br>4424 Vogel Rd., Suite 405<br>Evansville, IN 47715 |
| Joe Agnello<br>IUOE Local 158<br>44 Hannay Lane<br>Glenmont, NY 12077 | Jose Silva<br>Retail, Wholesale and Department Store Workers<br>370 Seventh Avenue, Suite 501<br>New York, NY 10001 |
| Thomas Lutz<br>Michigan Regional Council of Carpenters<br>Detroit, MI USA 48201 | Thomas Lutz<br>Hammer 9<br>Union Carpenters and Millwrights<br>23401 Mound Road<br>Warren, MI 48091 |
| International Union, Security, Police and Fire Protection Professionals of America<br>25510 Kelly Road<br>Roseville MI 48066 | Phil Castrogiovanni, Esq.<br>General Motors<br>400 Renaissance Center<br>Mail Code: 482-026-601<br>Detroit, MI 48265 |